IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL M. NGRIME,** | ) | **CASE NO. 8:08CV23** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **PAPILLION MANOR, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion for Extension and Revision of Pretrial Order Deadlines. (Filing No. 54.) The court has carefully reviewed the Motion and finds that, for good cause shown, the Motion is granted.

IT IS THEREFORE ORDERED that:

1. Defendant's Motion for Extension and Revision of Pretrial Order Deadlines (Filing No. 54) is granted;

2. All deadlines set forth in the court's September 18, 2008, Memorandum and Order (Filing No. 39) are stayed pending the resolution of Defendant's Motion for Summary Judgment; and

3. The Clerk of the court is directed to send a copy of this Memorandum and Order to Magistrate Judge Piester.

DATED this 30th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge