IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL M. NGRIME,** | ) | **CASE NO. 8:08CV23** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **PAPILLION MANOR, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Ruling on Extension of Time to File Notice of Appeal. (Filing No. 60.) In his Motion, Plaintiff seeks a ruling from the court on his previous Motion to Extend. The court granted Plaintiff's Motion to Extend on March 11, 2009, and a copy of the court's order was mailed to Plaintiff on that date. Plaintiff's Motion is therefore denied as moot.

Also pending is Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal. (Filing No. 62.) On February 12, 2009, the court dismissed Plaintiff's claims with prejudice and entered judgment against Plaintiff. (Filing Nos. 56 and 57.) On April 8, 2009, Plaintiff filed a Notice of Appeal of the court's Judgment. (Filing No. 61.) The court has carefully reviewed Plaintiff's Motion and accompanying affidavit. In accordance with Federal Rule of Appellate Procedure 24(a)(3), and because Plaintiff has shown that he is financially eligible to proceed in forma pauperis, the Motion is granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Ruling on Extension of Time to File Notice of Appeal (Filing No. 60) is denied as moot;

2. Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal (Filing No. 62) is granted; and

3. The Clerk of the court is directed to process the appeal in this matter and is directed to provide a copy of this Memorandum and Order to the Eighth Circuit Court of Appeals.

DATED this 1st day of May, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge